IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADA NOLES PROPERTIES, LLC, and ) <br> JEREMY SEETON AS EXECUTOR FOR ) <br> THE ESTATE OF ADA NOLES, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> CITIMORTGAGE, INC. ) <br> ) <br> Defendant. ) | No. 3:17-CV-1241-K |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant CitiMortgage, Inc.'s Partial Motion to Dismiss Counts 3-5 of Plaintiffs' First Amended Petition [ECF No. 20] is GRANTED.

SO ORDERED.

Signed February 13th, 2018.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE